IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **COMMLINK CONSTRUCTORS, INC., ET AL.** : | |
| : | |
| v. : | CIVIL NO. L-01-3150 |
| : | |
| **FLIGHT SYSTEMS, INC. ET AL.,** : | |

## ORDER

For the reasons stated in the memorandum of even date, the Court hereby rules as follows:

(i) Plaintiffs' Motion to Stay is DENIED;

(ii) Defendants' Motion to Dismiss is GRANTED without prejudice; and

(iii) the CLERK is directed to CLOSE the case.

It is so ORDERED this ___ day of July, 2002.

Benson Everett Legg
United States District Judge